IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KATIE SHAY O'BOYLE, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:19-cv-00003-FDW-DSC |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's "Motion for Attorney's Fees and Costs Under Equal Access to Justice Act" (document #26) and the parties' "Stipulation for Payment of Attorney's Fees" (document #28).

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $5,500.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, payable to Plaintiff and sent to Plaintiff's counsel, Evan Metaxatos, 1101 East Morehead Street, Suite 350, Charlotte, North Carolina 28204.

**SO ORDERED**.

Signed: April 28, 2020

_____
David S. Cayer
United States Magistrate Judge